UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

DERRIC BLANCHARD,

    Petitioner,

v.                                 CIVIL ACTION NO. 5:24-cv-00575

FCI BECKLEY WARDEN,

    Respondent.

## ORDER

Pending is Petitioner Derric Blanchard's Emergency Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. 1], filed October 15, 2024. This action was previously referred to the Honorable Dwane L. Tinsley, United States Magistrate Judge, for submission of proposed findings and a recommendation ("PF&R"). Magistrate Judge Tinsley filed his PF&R on October 14, 2025. Magistrate Judge Tinsley recommended that the Court deny as moot Mr. Blanchard's § 2241 Petition given his release from custody and dismiss this matter from the docket.

The Court need not review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140 (1985); *see also* 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)). Failure to file timely objections constitutes a waiver of de novo review and the Petitioner's right to appeal the Court's order. *See* 28 U.S.C. § 636(b)(1); *see also United States v. De Leon-Ramirez*, 925 F.3d 177, 181 (4th Cir. 2019) (Parties may not typically "appeal a magistrate judge's findings that were not objected to below, as § 636(b) doesn't require de novo review absent

objection."); *Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989). Further, the Court need not conduct de novo review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). Objections in this case were due on October 31, 2025. No objections were filed.[1]

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 19**], **DENIES AS MOOT** Mr. Blanchard's § 2241 Petition for a Writ of Habeas Corpus [**Doc. 1**], and **REMOVES** this matter from the docket.

The Court directs the Clerk to transmit a copy of this Order to any counsel of record and any unrepresented party.

ENTER: November 24, 2025



Frank W. Volk
Chief United States District Judge

---

[1] On October 14, 2025, a copy of the PF&R was mailed to Mr. Blanchard at FCI Beckley but was returned as undeliverable on October 23, 2025. [Doc. 20]. At this writing, the Bureau of Prisons' Inmate Locator indicates Mr. Blanchard was released from custody on October 6, 2025. Inasmuch as Mr. Blanchard has failed to keep the Court apprised of his current address as required by *Local Rule of Civil Procedure* 83.5, this matter is ripe for adjudication.